IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERRY V. JOHNSON, etc., et al.,  )
                Plaintiffs,    )
     v.                            )     No.  13 C 5082
RICHARD FALEN, et al.,        )
                Defendants.    )

## MEMORANDUM ORDER

This Court periodically orders a Motions Report that reflects all motions that the Clerk's Office computer reflects as pending in cases assigned to this Court's calendar. All too often that printout is the first information that this Court gets about a motion because the filer has failed to comply with this District Court's LR 5.2(f) requirement that calls for delivery of a paper copy of every filing to the assigned judge's chambers within a day (unless the judge's website or other public release disclaims the need for any such delivery). In this instance the Motions Report lists Dkt. 10 as having been filed by defendants, but neither this Court's secretary nor its courtroom deputy--both of whom keep records of deliveries of court documents for this Court's chambers--has a record of receiving the document.[1]

Despite the literal one-business-day requirement of

---

[1] Although that recordkeeping is intended to be error-free, if counsel here were to establish that what is said in this memorandum order is in error, the sanction called for by this memorandum order will of course be rescinded.

LR 5.2(f), this Court has customarily allowed a few days' grace time before the issuance of this type of memorandum order.  In this instance that added time has elapsed without compliance by defense counsel, and it is hereby ordered:

    1.  that the missing copy of the motion to dismiss be delivered to this Court's chambers forthwith and

    2.  that such delivery be accompanied by a check for $100 payable to the "Clerk of the District Court" by reason of the LR 5.2(f) violation, a requirement foreshadowed by the opening provision in this Court's website.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 18, 2013